# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007979**

| | | | |
|---|---|---|---|
| **Thomas Conn -vs- CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,MIDEA AMERICA CORPORATION,,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,Midea Group Co. Ltd.** | § § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, C** **06/23/2025** **56079** |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025  Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**
Case Number      2025L007979
Court                  District 1
Date Assigned    06/23/2025
Judicial Officer  Calendar, C

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Conn, Thomas** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION,** | |

District 1

## Case Summary

**Case No. 2025L007979**

**MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

**Midea Group Co. Ltd.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

---

## Events and Orders of the Court

08/22/2025   
Summons Served - Corporation/Company/Business
> *Affidavit of Service of Summons on defendant, Midea*
> Party:   Plaintiff Conn, Thomas
> *Affidavit of Service of Summons on defendant, Midea*

08/19/2025   
*CANCELED* **First Time Case Management**   (9:30 AM)   (Judicial Officer: Johnson, Sarah Rodak)
> Resource: Location L2203 Court Room 2203
> Resource: Location D1 Richard J Daley Center
> *Order of Court*

08/08/2025   
Summons Issued And Returnable
> *Summons to Corelle Brands*
> Party:   Plaintiff Conn, Thomas
> *Summons to Corelle Brands*

08/08/2025   
Summons Issued And Returnable
> *Summons to Midea America*
> Party:   Plaintiff Conn, Thomas
> *Summons to Midea America*

07/24/2025   
Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Lyons, Thomas V., II)
> Party:   Plaintiff Conn, Thomas

07/24/2025   
Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
> Party:   Plaintiff Conn, Thomas

07/16/2025   
Electronic Notice Sent
> Party:   Plaintiff Conn, Thomas
> Party 2:   Attorney Cesarone, Frank Vincent

07/16/2025   
Electronic Notice Sent
> Party:   Plaintiff Conn, Thomas
> Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025   
Notice Filed
> *Plaintiff's Notice of Stay (Conn)*
> Party:   Plaintiff Conn, Thomas
> *Plaintiff's Notice of Stay (Conn)*

06/23/2025   New Case Filing

06/23/2025   
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
> *Complaint and Jury Demand (Conn)*
> Party:   Plaintiff Conn, Thomas
> Party 2:   Attorney Cesarone, Frank Vincent
> *Complaint and Jury Demand (Conn)*

06/23/2025   
Exhibits Filed
> *Civil Cover Sheet*

**District 1**

## Case Summary

**Case No. 2025L007979**

Party:   Plaintiff Conn, Thomas
Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet*

Printed on 03/26/2026 at 8:15 AM